UNITED STATES DISTRICT COURT

for

FILED BY _____ D.C.

05 OCT 27 PM 4: 45

**WESTERN DISTRICT OF TENNESSEE**

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT

U. S. A. vs. SHERI M. BRUNSON            Docket No.  2:01CR20127-01 PHS

### Petition on Probation and Supervised Release

**COMES NOW** __Willie S. Williams, Jr.__, **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of __Sheri M. Brunson__, who was placed on supervision by the Honorable __Julia Smith Gibbons__ sitting in the Court at __Memphis, TN__, on the __20th__ day of __September, 2001__, who fixed the period of supervision at __five (5) years*__, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall give third party risk notification as deemed appropriate by the Probation Officer.
2. The defendant shall not gamble or go to gambling facilities.
3. The defendant shall provide full financial disclosure as requested by the Probation Officer.
4. The defendant shall undergo counseling for gambling as directed by the Probation Officer.
5. The defendant shall seek and maintain employment.
6. The defendant shall make restitution in the amount of $269,676.15, as directed by the Probation Office.

\*       **Effective date of Supervision: January 24, 2003**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Ms. Brunson meets the criteria for early termination as recommended by the Judicial Conference Committee on Criminal Law. She has made positive strides toward achieving supervision objectives and appears to pose no risk to public safety. Ms. Brunson has also made restitution payments as ordered by the Court, however, she has an outstanding balance of $268,243.05. A repayment plan has been signed with the United States Attorney's Office, Financial Litigation Unit. Assistant United States Attorney, Carroll Andre' advised that the Government would take no position with respect to early termination, but leave the determination to the discretion of the Court.

**PRAYING THAT THE COURT WILL ORDER** that Sheri M. Brunson be discharged from supervision with the understanding that the United States Attorney's Office will be responsible for the continued collection of the restitution.

**ORDER OF COURT**

Considered and ordered this 27th day of Oct, 2005, and ordered filed and made a part of the records in the above case.

_____
U. S. District Judge Samuel H. Mays, Jr.

Respectfully,

_____
Willie S. Williams, Jr.
Senior United States Probation Officer

Place:  Memphis, Tennessee

Date:  October 21, 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __10-28-05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:01-CR-20127 was distributed by fax, mail, or direct printing on October 28, 2005 to the parties listed.

---

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT